# ELECTRONIC RECORD

COA # 06-13-00233-CR          OFFENSE: 19.02

STYLE: Harold L. Graves, Jr. v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: Affirmed as to murder conviction, reversed and rendered          TRIAL COURT: 297th District Court

DATE: 12/11/14          Publish: YES          TC CASE #: 1338568R

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Harold L. Graves, Jr. v. The State of Texas          CCA #: 047-15

___APPELLANT'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: 03/04/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD